# "Jury Trial"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RECEIVED IN CLERK'S OFFICE
MAR 1 4 2018
U.S. DISTRICT COURT
MID. DIST. TENN.

#458144

Gregory D. Douglas
Plaintiff(s),

Case Number 1:18-00015

v.

Judge _____

Damon. T. Hininger
Defendant(s).
Ceo and President of Core Civic
Brandon Bowers, Joshep Frio,
and Coreen Trafton

Magistrate Judge _____

Excessive Force Claim
(Type of Pleading)
Eighth Amendment

On 10-2-16 I was housed at S.C.C.F P.O. Box 279 Clifton, Tn 38425 Unit Skylab S/co Tafner came to my Door and tell me to pack up I was moving to another cell. I ask her where? she said it doesnt matter pack up. So a hour or so later S/co Martinez and C/O Froio come to my door and tell me come on. So I'm thinking I'm going to another cell in Skylab cause I've bee housed in Seg for 6 months due to incompatibles on the compound. So as I'm coming out I ask the co's where I'm going they tell me Gemini A pod on the compound. I tell them no I'm not yall know I got incompatibles on the compound and I got a right to personal safety under due process and The Eight Amendment.

I hear S/CO Martinez and C/O Froio talking sayin he been back here months he gone get his punk ass out of here now come on you moving. So I end up in a physical altercation with C/O Martinez and C/O Froio they made me and I lay on the ground and let them handcuff me to the back. As I'm on the ground in handcuffs S/CO Martinez is spraying me constantly while saying you black mother fucker I'm in compliance I'm not resisting so by now back up officers come Lt. Ward and S/CO Trafner come and I'm laying on the floor in Skylab C pod in compliance for about 3 to 5 minutes. Then they get me up and walk me out the pod took me in the core area ran my face and head into the wall then took me in a small room in Skylab core area while still in restraints handcuffs to the back I hear them say now his turn. 3 They start repeatedly beating my face and head against the wall. Pulling my Hair bending my arms, throwing me from the floor to the ground, while kicking and punching me repeatedly I'm a bloody mess by now. So I hear the nurse come in and say hey get him to medical! So I open my eyes to see who all it was I see Lt Ward, Captain Inman, S C/O Trafner, CO Bowers, and C/O Froio. I go to the clinic and the nurses say my wound were to serve for

_____
(Signature)

458144

_____
(Print Name) Gregory D. Douglas

W.T.S.P   P.O. Box 1150
Henning, Tn  38041
_____
(Address & Telephone Number, if any)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading)_____
has been served on:

(Name) Damon T. Hininger
(Address) _____
(Address) _____

(Name) Brandon E. Bowers
(Address) _____
(Address) _____

(Name) Joshep J. Froio
(Address) _____
(Address) _____

(Name) Coreen G. Trafton
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

on the _____ day of _____, 20____.

_____
Signature

them to handle, I gotta go to the outside Hospital. I was rushed to Wayne County Hospital, where I was treated for a broken nose & both of my eyes glued back together. I was housed in the clinic for about 7 to 8 weeks due to my injuries and healing process. Extreme Racial Discrimination was showed against me & Extrem Excessive Force was ~~used~~ used against me. See Bogan v. Stroud 958 F2d 180, 185 (7th Cir. 1992) beating a prisoner with fist because he had disrespected violated 8th Amendment and was unconstitutional even though he had stabbed an officer.)

Also see Jones v Hoff, 787 F Supp 526, 536 N.D.NY slapping and punching a handcuffed inmate violated The Eight Amendment

Liability for Force, Bystanders, Supervisors, Municipalities Law Enforcement Officers may be held liable not only for using Excessive Force but for failing to intervene when others are doing so.

Statements of Fact
Continuance

#458144

Gregory Douglas
W.T.S.P
P.O. Box 1150
Henning, TN
38041



RECEIVED
IN CLERK'S OFFICE
MAR 14 2018
U.S. DISTRICT COURT
MID. DIST. TENN.

LEGAL MAIL

7017 0530 0000 1836 2058
CERTIFIED MAIL

United States District Court
Middle District of Tennessee
OFFICE OF THE CLERK
800 United States Courthouse
Nashville, TN
37203