UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| GREGORY D. DOUGLAS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   NO. 1:18-cv-0015 |
| | )   CHIEF JUDGE CRENSHAW |
| DAMON T. HININGER *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

As explained in the accompanying Memorandum Opinion, for the purposes of the PLRA, the Court finds that Plaintiff has sufficiently stated a claim for violation of his Eighth Amendment right to be free from excessive force against Defendants Bowers, Froio and Trafton.

The Clerk is **INSTRUCTED** to send Plaintiff three service packets (a blank summons and USM 285 form) for Defendants Bowers, Froio and Trafton. The Plaintiff **MUST** complete the service packets and return them to the Clerk's Office within **30 days** of the date this order is entered on the docket. Upon return of the completed service packet, **PROCESS SHALL ISSUE**. Plaintiff is forewarned that the failure to return the completed service packets within the time required could result in the dismissal of this action for failure to prosecute, but Plaintiff may request additional time for complying with this order, if necessary.

The Plaintiff is also forewarned that this action may be dismissed if he fails to keep the Clerk's Office informed of his current address at all times.

This action is **REFERRED** to the Magistrate Judge to enter a scheduling order for the management of the case, to dispose or recommend disposition of any pretrial motions under 28

U.S.C. §§ 636(b)(1)(A) and (B), and to conduct further proceedings, if necessary, under Rule 72(b) of the Federal Rules of Civil Procedure and the Local Rules of Court.

All other claims raised in the Complaint are **DISMISSED** for failure to state a claim upon which relief can be granted. Additionally, Defendant Hininger is **DISMISSED** because Plaintiff has failed to sufficiently state any claims for relief against him.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE