UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| GREGORY D. DOUGLAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 1:18-cv-0015 ) CHIEF JUDGE CRENSHAW |
| DAMON T. HININGER *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

Pursuant to the Administrative Order No. 186, and in consultation with Judge William L. Campbell, Jr., this case is transferred to Judge William L. Campbell, Jr.

All previously imposed deadlines and Court dates remain unchanged, pending any further order from the Court.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1