IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREGORY DOUGLAS, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DAMON HININGER, et al. )<br>    Defendants. ) | Civil No. 1:18-cv-00015<br>Judge Campbell/Frensley |

## ORDER

Pending before the Court is a pleading styled "Motion of Discovery" filed by the pro se Plaintiff in this matter. Docket No. 34. In the document, Plaintiff purports to "present all written discovery I have on hand in support of my petition." *Id.* Several pages of grievance documents are attached to the motion. Additionally, Plaintiff requests that "all discovery . . . be produced to the court; honorable judge, and myself the Plaintiff . . . ." *Id.* Plaintiff's Motion is DENIED.

The Court has entered a scheduling order in this matter which addresses the manner in which discovery is to be conducted in this case. Docket No. 26. The Order includes a deadline of January 24, 2019 by which all discovery shall be completed. *Id.* To the extent Plaintiff seeks specific discovery in this matter from the Defendants he must comply with the Federal Rules of Civil Procedure and scheduling order to obtain it. Plaintiff is further reminded as set forth in the scheduling order that requests for written discovery must be served in time to allow responses to be served prior to the discovery completion deadline. Furthermore, written discovery "should not be filed with the Court nor should a copy of written discovery be sent to the Court unless it is sent as an attachment to a discovery motion." Docket No. 26. To the extent that Plaintiff's motion seeks relief beyond that which is set forth regarding the procedure for conducting

discovery in this matter and the scheduling order, his "Motion of Discovery" (Docket No. 34) is DENIED.

**IT IS SO ORDERED**.

**JEFFERY S. FRENSLEY**
**U. S. Magistrate Judge**