IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| GREGORY DOUGLAS ) | |
| Plaintiff(s) ) | |
| ) | |
| v. ) | Case No. 1:18-0015 |
| ) | Judge Campbell /Frensley |
| ) | |
| DAMON HININGER, et al. ) | |
| Defendant(s) ) | |

## O R D E R

Pending before this Court is Plaintiff's Motion for Appointment of Counsel. Docket No. 37. There is no constitutional right to appointed counsel in a civil case, and a Court should appoint counsel in such a case only under "exceptional circumstances." *See Lavado v. Keohane*, 992 F.2nd 601, 605-06 (6th Cir. 1993). Such circumstances are still not present here. Plaintiff's Motion is, therefore, DENIED.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge