IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| GREGORY D. DOUGLAS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:18-cv-00015 |
| DAMON HININGER, et al., | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendants' Motion to Continue Trial Date. (Doc. No. 72). Through the Motion, Defendants request that the Court continue the trial, currently set for January 18, 2022, because defense counsel has a previously scheduled pretrial conference in another matter on January 19, 2022. Given the age of this case and the Court's trial calendar, the Court is not inclined to change the trial date at this time. Accordingly, the Motion is **DENIED** without prejudice to refiling in the event defense counsel is denied a continuance of the pretrial conference in their other matter.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE