IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| GREGORY D. DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:18-cv-00015 |
| | ) | |
| DAMON HININGER, et al., | ) | Judge Campbell |
| | ) | Magistrate Judge Frensley |
| Defendants. | ) | |

DEFENDANTS' WITNESS LIST

Defendants Brandon Bowers and Doreen Trafton ("Defendants"), by and through counsel, hereby submit to the Court and to the Plaintiff the following information that may be presented at trial, other than solely for impeachment or rebuttal purposes.

## WITNESSES

The following persons will be called by Defendants:

1. Brandon Bowers, *Defendant*

2. Doreen Trafton, *Defendant*

3. Michael Ward

4. Christopher Martinez

The following persons may, if the need arises, be called by Defendants:

1. Cherry Lindamood

2. South Central Correctional Facility Warden - Grady Perry

3. South Central Correctional Facility Disciplinary Board Chairperson - Tyler Barnett

4. South Central Correctional Facility Grievance Chairperson - Heather Kelley

5. Any individuals who may be called solely for impeachment or rebuttal purposes.

Respectfully submitted,

PENTECOST, GLENN & MAULDIN, PLLC

By: <u>s/J. Austin Stokes</u>
James I. Pentecost (#11640)
J. Austin Stokes (#31308)
*Attorneys for Defendants*
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
(731) 668-5995 - Telephone
(731) 668-7163 - Fax

## **CERTIFICATE OF SERVICE**

This is to certify that I served a copy of this pleading or papers by U.S. mail, first-class, postage prepaid, upon:

Gregory Douglas, #458144
Northeast Correctional Complex
5249 Hwy. 67 West
Mountain City, TN 37683

This the 3rd day of January, 2022.

By: <u>s/J. Austin Stokes</u>
J. Austin Stokes