# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| GREGORY D. DOUGLAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:18-cv-00015 |
| ) | |
| DAMON HININGER, et al., ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. ) | |

## ORDER

Pending before the Court is Defendants' Motion to Continue Pretrial Conference and Trial Date, requesting that the Court continue the trial, currently set for January 18, 2022, and pretrial conference because defense counsel has a family health emergency. (Doc. No. 91). The Motion is **GRANTED**, and the Court will set a new trial date and pretrial filing deadlines by separate order.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE