IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| GREGORY D. DOUGLAS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:18-cv-00015 |
| DAMON HININGER, et al., | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## ORDER

The Court finds that the appointment of counsel to the *pro se* Plaintiff is warranted in the present matter given the impending trial. The Clerk of Court has notified the undersigned that Robert Peal and Mark Lenihan of the Court's Civil Appointments Panel are available and have agreed to represent Plaintiff in this case. It is therefore **ORDERED** that Robert Peal and Mark Lenihan are appointed to represent Plaintiff in this case. Appointed counsel shall promptly enter an appearance on behalf of Plaintiff and should communicate with Plaintiff about this matter as promptly as possible.

The Court will hold a telephone conference with the attorneys in this case Friday, January 21, 2022, at 1:30 p.m., to discuss new trial dates. The parties shall call 1-866-390-1828, and enter access code 7884640# to be connected to the call.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE